JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOALA TOFAVAHA NGAUE,<br><br>        Petitioner,<br><br>    v.<br><br>AMBER WILLIAMS, WARDEN,<br><br>        Respondent. | No. CV 25-11354-ODW(E)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is denied and dismissed with prejudice.

DATED:  May 6, 2026.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE